ROSE PARADISE, Appellant, v. HARRY H. PARADISE, Respondent.— Motion to dismiss appeal granted unless appellant procures record on appeal to be filed on or

before March 2, 1925. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.